J-S55029-20

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| CHARLES WILLIAM BAIZAR | : | |
| | : | |
| Appellant | : | No. 449 WDA 2020 |

Appeal from the Judgment of Sentence Entered February 25, 2020
In the Court of Common Pleas of Erie County Criminal Division at No(s):
CP-25-CR-0001016-2019

BEFORE:   BOWES, J., McCAFFERY, J., and COLINS, J.[*]

JUDGMENT ORDER BY McCAFFERY, J.:    **FILED: SEPTEMBER 28, 2021**

Charles William Baizar (Appellant) appeals from the judgment of sentence imposed in the Court of Common Pleas of Erie County after he entered a guilty plea to criminal conspiracy of possession with intent to deliver (PWID) heroin.[1]

On April 30, 2021, this panel vacated Appellant's judgment of sentence and remanded the case for further proceedings, to clarify the propriety of $10,229 in lab fees, imposed as part of Appellant's sentence.  Upon remand, the parties entered a stipulation agreeing that "the only lab fee stemming from [Appellant's] conviction is $113.00" for testing at Lab Report E19-00536-9. Stipulation on Lab Fees, 6/29/21, at 1.   The trial court accepted the Stipulation, writing "so ordered" on it and signing it.  Order, 6/29/21, at 2.

_____
[*] Retired Senior Judge assigned to the Superior Court.

[1] 18 Pa.C.S. § 903; 35 P.S. § 780-113(a)(30).

Because Appellant solely challenged the propriety of certain lab fees imposed as part of his sentence, and because the parties agree and the trial court has ordered that only the lab fee of $113 will be and is now imposed thereby, we dismiss the appeal as moot.

Appeal dismissed.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary

Date: 9/28/2021